**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **IN RE:** | **FILE NO:** DK 15-00382 |
| Edwina G. Wallace-Morrow | **CHAPTER 13** |
| | **HON.** Scott W. Dales |
| Debtors. | Filed: 1/28/15 |
| _____/ | |

### 1st   PRE-CONFIRMATION AMENDMENT

NOW COMES the Debtor, Edwina G. Wallace-Morrow and hereby amends her Chapter 13 Plan as follows:

1. Debtor will increase her monthly payment to $1157.00 for the remainder of plan.

**In all other respects the Debtor's Chapter 13 plan** remains unchanged.

Dated: 3/10/15                         /s/ Edwina Wallace-Morrow
                                       Edwina Wallace-Morrow, Debtor

Dated: 3/10/15                         /s/ Kerry D. Hettinger
                                       Kerry  Hettinger(P53569)
                                       Kerry Hettinger PLC
                                       4341 S. Westnedge Ave
                                       Suite 1202
                                       Kalamazoo, Michigan 49008
                                       269-344-0700